UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| **Tyrone Hurt**, ) | | |
| **The American People and American Citizens** ) | | |
| **within this Nation** ) | | |
| v. Petitioner's ) | | **JUDGMENT** |
| ) | | |
| ) | | |
| **The State of North Carolina**, ) | | 5:15-CV-194-BO |
| **Chief of Police** ) | | |
| **and all law enforcement** ) | | |
| Respondent's ) | | |
| ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's complaint DE [1] is **DISMISSED** for failure to state a claim under which relief can be granted. This case is closed.

**This judgment filed and entered on June 30, 2015, and served on:**

Tyrone Hurt (422 Chesapake St. SE, Apt 33, Washington, DC 20032)


                                                            JULIE RICHARDS JOHNSTON, CLERK

July 1, 2015

                                                    /s/ Linda Downing
                                                    By: Deputy Clerk